

Case 1:26-cv-10329-AK   Document 1-3   Filed 01/23/26   Page 1 of 1

**EOIR** | Automated Case Information

Home  >  RAMOS, ROBIN SANTIAGO (241-485-183)

# Automated Case Information

Name: RAMOS, ROBIN SANTIAGO  |  A-Number: 241-485-183  |  Docket Date: 4/18/2024

## Next Hearing Information

Your upcoming **MASTER** hearing is on **April 13, 2028** at **1:30 PM**.

**JUDGE**
Smith, Natalie

**COURT ADDRESS**
150 APOLLO DRIVE, SUITE 100
CHELMSFORD, MA 01824

## Court Decision and Motion Information

*This case is pending.*

## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
150 APOLLO DRIVE, STE 100
CHELMSFORD, MA 01824

**PHONE NUMBER**
(978) 497-9000